April 16, 1981.

433 A.2d 547

Baraff etc. et al. v. Baraff, Appellant.

Argued November 13, 1980. Robert B. Williams, for appellant; Walter T. McGough, for appellees.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.

433 A.2d 547

Commonwealth v. Bernotas, Appellant.

Argued April 14, 1980. John L. Doherty, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.